# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH021
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $14,959.15 | 8/23/2024 | 1102991 | 7/15/2024 | $14,959.15 |
| | | $14,895.45 | 9/23/2024 | 1103885 | 8/16/2024 | $14,895.45 |
| | | $14,431.65 | 9/18/2024 | 1104738 | 9/16/2024 | $14,431.65 |
| | | $14,196.15 | 10/16/2024 | 1105596 | 10/14/2024 | $14,196.15 |
| **Total Transfers** | **4** | **$58,482.40** | | | | **$58,482.40** |